Writ No. WR-61,919-11

Trial Cause No. 874978-D

61,919-11

EXPARTE

LOYD LANDON SORROW

§

§ MOTION DENIED

§ DATE: 6-9-15

§ BY: P.C.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 24 2015

Abel Acosta, Clerk

## MOTION FOR REHEARING OF APPLICATION FOR WRIT OF HABEAS CORPUS EN BANC

TO THE HONORABLE COURT OF CRIMINAL APPEALS;

COMES NOW Loyd Landon Sorrow, Applicant, pro se in the above styled, and numbered cause, and respectfully submits this Motion for Rehearing EN BANC in accordance to Texas Rules of Appellate Procedures # 76 (d) and (f), and requests a writen opinion pursuant to Rule #77.1, and a Ruling under #78.1(c),(d) or 78.3.

The applicant will offer the following in accordance to Texas Rules of Appellate Procedure Rule # 79(c) because there are substantial intervening circumstances on New Evidence supporting Actual Innocence, Brady/Giglio Violations, and Denial of Due Process Rights, provided by both Texas and United States Constitutions.

I.

Submitted with this Motion, I have provided a true and correct copy of an Affidavit by Marla Jan Santini, who was an eye witness of the States only witness Refuseing to cooperate in any type of trial proceedings, Refuseing to corroberate any charges, Refuseing confrontation, Refuseing to speak to the states prosecutor, Refuseing any participation with the charges

1.

in the cause of 874978, or to give witness for or against the applicant at a trial.

Only three people was in the States Prosecutors office, and Marla Jan Santini was one of them.

She only now revealed to me that the States witness withdrew.

The prosecutor came to me angry and in a loud voice told me "we were going trial."

He "NEVER" gave me in information about not having a witness or any evidence.

This sheds doubt on the truthfulness of the accuracy of the information on the indictment on this case.

## II.

Judge Wallace of the 263rd Judicial District Court of Harris County in Houston Texas, requested that the State Prosecutor give a response if my Due Process Rights have been violated in regard to Ms. Santini's Affidavit.

The State said that it never recieved the affidavit and made a proposed answer with out reviewing the Affidavit, and never answered if my Due Process Rights had been violated.

The trial court adopted the States Answer, without a hearing or sending a copy of the Affidavit to the State, at which it was shuffled off to the Court of Criminal Appeals,

Now this same Habeas corpus petition has been dissmissed without any answer on the New Evidence

2.

## III.

This new evidence should be taken seriously because it reveals prosecutorial misconduct, and establishes my Claim of Innocence.

Article I sec. 12 to the Texas Constitution commands "The writ of habeas corpus is a writ of of Right, and shall never be suspended.

A hearing is due on this new evidence to bring about the truth, and resolution on the merits to free an innocent man. Without it I can't appeal. see, Exparte Strong 30 sw 666 (Tex. Crim. App 1895)

## PRAYER

The applicant prays that this Honorable Court Remands the applicants Habeas petition/application for a hearing on the merits of the case, and a review of the new evidence by the States Attorneys, with a proper answer about the Due Process Rights of the applicant as is required by their Oath of Office provided by State and Federal Constitutions.

## UNWORN DECLARATION

I hereby swear for fear of perjury that all of the foregoing is true and correct to the best of my abilitres and knowledge.

_Loyd Landon Sorrow_    04/21/15
Applicant

Loyd Landon Sorrow #1134905
C.T. Terrell Unit - 1 Boot #46
1300 FM 655
Rosharon, TX 77583

## CERTIFICATE OF SERVICE

I Loyd Landon Sorrow, do hereby certify that a true and correct copy of the above motion for rehearing, Request for leave to file motion for rehearing and the Affidavit by Marla Jan Santini has been/will be served to the State's Attorney pursuant to Texas Rules of Appellate Procedure #79.7 and 68.11 by sending a postage paid envelope to the Clerk Abel Acosta in the Court of Criminal Appeals to copy the Affidavit and send with the forementioned motions to;

State Prosecuting Attorney of Texas
P.O. Box #12405
Austin, Texas
78711

Sent to the above mention Clerk on 04-22-15.

Loyd Landon Sorrow
PRO-SE
#1134905
C.T. Terrell Unit-1 Boot #16
1300 FM 655
Rosharon, Texas 77583

04-22-15

Dear Abel Acosta; (Clerk);

Please find and present Marla J. Santini's Affidavit along with my supporting Affidavit, and my Motions for Rehearing, and file.

Because I have no access to a copy machine would you "PLEASE" make (2) two copies of Marla's and my Affidavits and place one (1) stamped copy of each in the State Prosecutors pre-postage paid envelope and one (1) in a envelope pre-postage paid addressed to me, "stamped," and send U.S. Postal Service.

Sorry to have to ask this but I guess it could be said my hands are tied. Thank You soooo!!!, very much

Sincerely

Loyd L. Sorrow #1134905
C.J. Terrell Unit-1 Boot #16
1300 F.M 655
Rosharon Texas
77583

P.S. please find (4) four extra stamps in case more postage is needed.
Thank You!

# UNSWORN DECLARATION and,
## Affidavit of Marla J. Santini

STATE OF TEXAS )
) ss.
COUNTY OF HARRIS )

I <u>Marla Jan Santini</u> being of sound mind, and
first duly sworn does now say and depose the -
following; "New Evidence";

1). On May 20, 2002, I personally witnessed Heather
Susanne Santini invoke her "Constitutional Right"
to be silent, and refused to give testimony, or
to be a witness against, or for the accused, Loyd
London Sorrow, or participate in any court proceed-
ings.

2) The States prosecuting attorney attempted sev-
eral times to get Ms. Heather S. Santini, to speak and
Recieved no cooperation from her, in the cause
of #874978.

3). Heather S. Santini's accusations would not have been
given at trial against Loyd Landon Sorrow in the
263Rd Judicial District Court cause #874978.

## DECLARATION

I declare under penalty of perjury that
my name is <u>MARLA JAN Santini</u>, and that all
of the above is true and correct to the best
of my knowledge and beliefs.

_____ 02/11/14
SIGNATURE          Date

c.c. File 1 of 3

# AFFIDAVIT OF LOYD LANDON SORROW

STATE OF TEXAS··· )
                  )ss.
COUNTY OF BRAZORIA )

Loyd Landon Sorrow, being first duly sworn does now say and depose the following;

1.) I have personally known Marla Jan Foster-Santini, for about 37 years, and know her to speak truthfull.

2). Marla J. Santini is the mother of Heather Susonne Santini.

3). Ms. Santini (Marla) was present on the day of the plea agreement in the cause of #874978, in the year 2002.

4). I was unaware that Ms. M. Santini was present in the States prosecutors interview, before trial proceedings began in the cause of #874978, presiding in the 263rd Judicial Court of Harris County, Texas, on May, 20th 2002, trying to get Heather S. Santini to speak or testify.

5). This information was only learned when Ms. M. Santini brought our son to see me here at the C.T. Terrell Unit - T.D.C.J. on a Saturday, October 19, 2013, and sent Affidavit on December 16, 2013 and another Unsworn Declaration, and Affidavit on, or about on Febuary, 19th, 2014. I rarely have contact with her, or write her.

6). Ms. Marla Santini, revealed and presented "new evidence by affidavit" that exculpatory evidence was withheld from me on the day of my plea of guilt, in exchange for 7 yes Deferred Adjudication Community Supervision, under Texas Code of Criminal Procedure Article 42.12 sec. 3(d), by the State of Texas, prosecutor of Harris County.

7.) I affirm, and personally recognize Ms. M. - Santini's signiture on both Affidavits, one dated on 12/16/2013 and her Unsworn Declaration Affidavit on 02/14/2014.

# DECLARATION

I Loyd London SORROW, Affiant - T.D.C.J.#1134905 does NOW swear under penalty of perjury that all of the fore mentioned facts are true and correct to the best of my beliefs, Recollections, and knowledge.

_Loyd London Sorrow_
AFFiant

03-08-14
Date

Loyd London Sorrow #1134905
C.T. Terrell Unit I - Boot #16
1300 F.M. 655
Rosharon, Texas 77583

2.

## IN THE COURT OF CRIMINAL APPEALS
## IN THE STATE OF TEXAS

EXPARTE                         §

    LOYD LANDON SORROW          §

                             §

## APPLICATION FOR LEAVE TO FILE MOTION FOR REHEARING OF
## APPLICATION WRIT OF HABEAS CORPUS

TO THE HONORABLE JUDGES OF SAID COURT;

     Loyd Landon Sorrow, Applicant, Pro-Se, respectfully moves this honorable Court for leave to file the attached Motion for Rehearing of his Application for Writ of Habeas Corpus on Actual Innocence, Brady/Giglio violation, supported by New Evidence not ever before available, and included within.

                         Sincerely and Respectfully
                             Submitted;

                     *Loyd Landon Sorrow*
                         04-22-15

                 Loyd Landon Sorrow – T.D.CJ#1134905
                 C.T. Terrell Unit – 1 Boot #16
                   1300 F.M. 655
                 Rosharon, Texas 77583